Fourth Street National Bank v. Richard W. Bacon, Appellant.

*Partnership—Limited partnership under act of March 21, 1836—Liability of special partner—Misstatement of capital.*

Argued Jan. 21, 1895. Appeal No. 120, July T., 1894, by defendant, from order of C. P. No. 2, Phila. Co., March T., 1894, No. 644, making absolute a rule for judgment for want of a sufficient affidavit of defense. Before STERRETT, C. J., GREEN,

WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

Assumpsit on a promissory note given by a limited partnership formed under the act of March 21, 1836, P. L. 143.

The facts are the same as in Fourth Street National Bank v. Whitaker, next preceding case.

*Error assigned* was order entering judgment.

*George Tucker Bispham,* for appellant, cited: Haddock v. Mfg. Corporation, 9 Pa. 372; Seibert v. Blakewell, 87 Pa. 506; Fifth Ave. Bank v. Colgate, 120 N. Y. 381; Bokee v. Walker, 14 Pa. 139; Ropes v. Colgate, 17 Abb. N. C. 149.

*Samuel Dickson, Richard C. Dale* with him, for appellee.

OPINION BY MR. JUSTICE DEAN, October 7, 1895:

The facts in this case are precisely those in case of same plaintiff v. William Whitaker, opinion herewith filed.  For the same reasons, the judgment is affirmed.